

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 13, 2026.**

_____
**AUBREY L. THOMAS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### _____SAN ANTONIO_____ DIVISION

IN RE:

|  |  |  |
|---|---|---|
| | § | |
| **GARY WAYNE CALDER** | § | **CASE NO. 26-52227-ALT** |
| | § | |
| Debtor(s) | § | **Chapter 7** |

### ORDER GRANTING APPLICATION
### FOR WAIVER OF THE CHAPTER 7 FILING FEE

On this date came on for consideration the Application for Waiver of the Chapter 7 Filing Fee filed by the above-referenced Debtor(s) in this bankruptcy case. Having reviewed the Application, the court finds that it should be granted.

IT IS, THEREFORE, ORDERED that the Application for Waiver of the Chapter 7 Filing Fee shall be, and hereby is, GRANTED, and the filing fee for this Chapter 7 case is hereby WAIVED.

IT IS FURTHER ORDERED that this order is subject to being vacated at a later time if developments in the administration of this bankruptcy case demonstrate that the waiver was not, or is no longer, warranted.

# # #