**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 13, 2026.**

**AUBREY L. THOMAS**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**IN RE:**

| | | |
|---|---|---|
| | § | |
| **GARY WAYNE CALDER** | § | **CASE NO. 26-52227-ALT** |
| | § | |
| **Debtor(s)** | § | **Chapter 7** |

**ORDER GRANTING APPLICATION**
**FOR WAIVER OF THE CHAPTER 7 FILING FEE**

On this date came on for consideration the Application for Waiver of the Chapter 7 Filing Fee filed by the above-referenced Debtor(s) in this bankruptcy case. Having reviewed the Application, the court finds that it should be granted.

IT IS, THEREFORE, ORDERED that the Application for Waiver of the Chapter 7 Filing Fee shall be, and hereby is, GRANTED, and the filing fee for this Chapter 7 case is hereby WAIVED.

IT IS FURTHER ORDERED that this order is subject to being vacated at a later time if developments in the administration of this bankruptcy case demonstrate that the waiver was not, or is no longer, warranted.

###

United States Bankruptcy Court

Western District of Texas

In re: Case No. 26-52227-alt

Gary Wayne Calder Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5 User: admin Page 1 of 1

Date Rcvd: Aug 14, 2026 Form ID: pdfintp Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary Wayne Calder, 220 Kings Court Unit 803, San Antonio, TX 78212-6011 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ron Satija | rsatija@haywardfirm.com<br>szeigler@fsscommerce.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.com;laura@satijatrustee.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 2